# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-00184-01-CR-W-GAF |
| ) | |
| RACHEAL A. LANE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is defendant Racheal A. Lane's Motion to Suppress Evidence (doc. 15). Defendant seeks to suppress "evidence obtained in violation of her Fourth Amendment right to be free from unreasonable searches and seizures."

On January 31, 2018, Chief United States Magistrate Judge Sarah W. Hays conducted an evidentiary hearing on defendant's motion. On April 26, 2018, Judge Hays issued her Report and Recommendation (doc. 35). Defendant filed her Objections to the Report and Recommendation (doc. 36) on May 10, 2018.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays. Accordingly, it is hereby ORDERED that defendant Racheal A. Lane's Motion to Suppress Evidence (doc. 15) is DENIED.

s/ Gary A. Fenner<br>
GARY A. FENNER, JUDGE<br>
UNITED STATES DISTRICT COURT

DATED: May 14, 2018